**MARTIN BROTHERS BOX COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9617.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1944.

Nolan Boggs, of Toledo, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Rollin H. Transue, Helen R. Carloss, and Melva Graney, all of Washington, D. C., for respondent.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel. On consideration whereof, it is ordered that the decision of the Tax Court of the United States be and it hereby is affirmed, for the reasons stated in the memorandum findings of fact and opinion entered April 22, 1943.

**Harry E. MANNING, Appellant, v. UNITED STATES of America.**

No. 12493.

Circuit Court of Appeals, Eighth Circuit.

March 27, 1944.

Ralph M. Russell, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.